AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Grace Dibiase, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:09-cv-00338-RBH |
| | ) | |
| v. | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that: (check one):

☐ the plaintiff (name)_____recover from the defendant (name)_____the amount of _____dollars ($_____), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (name) _____recover costs from the plaintiff (name)_____

■ other: It is Ordered that the Commissioner's decision is REVERSED pursuant to sentence four of 42 U.S.C. § 405(g) and the case is REMANDED to the Commissioner for further proceedings.

This action was (check one):

☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

☐ tried by Judge_____without a jury an the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge,

Date: August 5, 2010             CLERK OF COURT

                                 S/ Glenda J. Nance_____
                                       Signature of Clerk or Deputy Clerk